UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KISSA OWENS, in her capacity as Personal Representative of the ESTATE OF DELANO M. WALKER, JR., | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 12-30119-MGM |
| SEAN SULLIVAN, | * * | |
| Defendant. | * | |

## SPECIAL JURY VERDICT FORM

### Count I: Federal Civil Rights/§ 1983:

1. Did Plaintiff Kissa Owens prove by a preponderance of the evidence that Defendant Sean Sullivan recklessly or intentionally subjected Delano Walker, Jr. to an unreasonable seizure on July 16, 2009 in violation of 42 U.S.C. § 1983?

    Yes ✓    No ___

2. Did Plaintiff Kissa Owens prove by a preponderance of the evidence that Defendant Sean Sullivan recklessly or intentionally subjected Delano Walker, Jr. to the use of excessive force on July 16, 2009 in violation of 42 U.S.C. § 1983?

    Yes ✓    No ___

## Count II: Masschusetts Civil Rights Act:

3. Did Plaintiff Kissa Owens prove by a preponderance of the evidence that Defendant Sean Sullivan interfered with the constitutional rights of Delano Walker, Jr. by threats, intimidation or coercion in violation of the Massachusetts Civil Rights Act?

   Yes ✓    No ___

## Count III: False Arrest:

4. Did Plaintiff Kissa Owens prove by a preponderance of the evidence that Defendant Sean Sullivan falsely arrested Delano Walker, Jr.?

   Yes ___    No ✓

## Count IV: Assault and Battery:

5. Did Plaintiff Kissa Owens prove by a preponderance of the evidence that Defendant Sean Sullivan committed an assault and battery on Delano Walker, Jr.?

   Yes ✓    No ___

## Count V: Wrongful Death:

6. Did Plaintiff Kissa Owens prove by a preponderance of the evidence that Defendant Sean Sullivan by willful or intentional act caused the death of Delano Walker, Jr.?

   Yes ___    No ✓

*(If you answered "yes" to one or more of Questions 1 through 6, go on to Question 7 on the next page. If you answered "no" to all Questions 1 through 6, skip Question 7 on the next page and have the foreperson sign and date this form).*

**Compensatory Damages:**

7. What amount do you find, if any, will fairly and adequately compensate the Plaintiff Kissa Owens?

    $ 1,262,000.00

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

22 Sept. 2014
DATE

_____
FOREPERSON'S SIGNATURE